# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Kenya Smith,

Plaintiff,

v.

Allscripts Healthcare Solutions, Inc.,

Defendant.

Case No. 20-cv-07261
Judge Manish Shah

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s) and against defendant(s) in the amount of $ _____ ,

which ☐ includes _____ pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant Allscripts Healthcare Solutions, Inc., and against plaintiff Kenya Smith.

Defendant shall recover costs from plaintiff.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge Manish Shah presiding, and the jury has rendered a verdict.
☐ tried by Judge Manish Shah without a jury and the above decision was reached.
☒ decided by Judge Manish Shah on a motion.

Date: 11/3/2022

Thomas G. Bruton, Clerk of Court

/Susan McClintic , Deputy Clerk